COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jeffery Tyrone Jenkins v. Meridith Jevon Criswell

Appellate case number:   01-22-00118-CV

Trial court case number:  2020-03943

Trial court:             257th District Court of Harris County

Appellant has filed a motion to transfer the reporter's record filed in prior appeal number 01-20-00682-CV into this appeal. The motion is **granted**.

The Clerk of the Court is directed to transfer the reporter's record filed on November 17, 2020 in appellate case number 01-20-00682-CV into pending appeal number 01-22-00118-CV.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                     ☑ Acting individually     ☐ Acting for the Court

Date:   ___July 19, 2022____